THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSARIO

ROVALLI, Appellant.— Judgment of conviction affirmed, by default. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.